**UNIVERSAL SIGNAL CORPORATION OF TEXAS v. C. L. DU PUY CHEVROLET CO. et al.**

**No. 3391.**

Court of Civil Appeals of Texas. Beaumont.

March 1, 1939.

Rehearing Denied March 8, 1939.

Long & Wortham and E. L. Myers, all of Paris, for appellant.

Curtis W. Fenley, of Lufkin, for appellees.

O'QUINN, Justice.

This is an appeal from an order overruling a plea of privilege. Appellees confess error in the matter of making proof of the allegations of fact to sustain the jurisdiction of the court. It appearing that proper and sufficient proof can be made on another trial, the judgment is accordingly reversed and the cause remanded.